# UNITED STATES DISTRICT COURT
## Western District of Texas
## Austin Division

| | | |
|---|---|---|
| AMANDA RUIZ | § | |
| | § | |
| *Plaintiff* | § | 1:20-cv-778 |
| | § | |
| v. | § | |
| | § | |
| LTD FINANCIAL SERVICES LP | § | |
| | § | |
| | § | **DEMAND FOR JURY TRIAL** |
| *Defendant* | § | |

## ORIGINAL COMPLAINT

1.    Plaintiff Amanda Ruiz sues for claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, to obtain statutory damages, costs and a reasonable attorney's fee for the Defendant's violations of the FDCPA.

<u>VENUE</u>

2.    Venue is proper in the United States District Court for the Western District of Texas, Austin Division, because the acts and transactions occurred in this district and because the Defendant transacts business in this district.

<u>THE PARTIES</u>

3.     Plaintiff Amanda Ruiz ("**Ruiz**") is an individual who resides in Williamson County, Texas.

4.     Defendant LTD Financial Services LP ("**LTD**") is a company organized and existing under the laws of the State of Texas. LTD may be served by serving its registered agent at the following address:

> CT Corporation System
> 1999 Bryan St., Ste 900
> Dallas, TX 75201-3136

## FACTUAL ALLEGATIONS

5.     Ruiz resides in Round Rock, Texas.

6.     Ruiz allegedly incurred a debt to The Bank of Missouri for a credit card.

7.     Ruiz did not pay the alleged debt.

8.     The alleged debt went into default.

9.     After default, the alleged debt was placed with LTD for collection.

10.     LTD describes itself as a "nationally recognized, top-tier collection agency that provides collection services to premier credit grantors across the country."[1]

---

[1] *See* http://www.ltdfin.com/about-us

11.   LTD tried to collect the alleged debt from Ruiz.

12.   LTD sent a collection letter dated June 2, 2020 to Ruiz.

13.   The June 2, 2020 was the initial communication between LTD and Ruiz.

14.   The alleged debt is a "debt" as that term is defined by § 1692a(5) of the FDCPA.

15.   Ruiz is a "consumer" as that term is defined by § 1692a(3) of the FDCPA.

16.   LTD is a "debt collector" as defined by § 1692a(6) of the FDCPA.

<u>COUNT I. VIOLATION OF THE FDCPA § 1692g</u>

17.   Plaintiff re-alleges the above paragraphs as if set forth fully in this count.

18.   Section 1692g(a) of the FDCPA states:

```
    Within five days after the initial communication
with a consumer in connection with the collection of
any debt, a debt collector shall, unless the following
information is contained in the initial communication
or the consumer has paid the debt, send the consumer a
written notice containing—
    (3) a statement that unless the consumer, within
thirty days after receipt of the notice, disputes the
validity of the debt, or any portion thereof, the debt
will be assumed to be valid by the debt collector;
```

```
     (4)  a  statement  that  if  the  consumer  notifies  the
debt  collector  in  writing  within  the  thirty-day  period
that  the  debt,  or  any  portion  thereof,  is  disputed,  the
debt  collector  will  obtain  verification  of  the  debt  or  a
copy  of  a  judgment  against  the  consumer  and  a  copy  of
such  verification  or  judgment  will  be  mailed  to  the
consumer  by  the  debt  collector;  and
     5)  a  statement  that,  upon  the  consumer's  written
request  within  the  thirty-day  period,  the  debt
collector  will  provide  the  consumer  with  the  name  and
address  of  the  original  creditor,  if  different  from  the
current  creditor.
```

19.   LTD violated § 1692g of the FDCPA by failing to send the information required either in the initial communication or in a written notice within five days,

REQUEST FOR RELIEF

20.   Plaintiff requests this Court award her:

a.   Statutory damages of $1000 for LTD's violations of the FDCPA;

b.   Costs; and

c.   A reasonable attorney's fee.

**JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully Submitted,
By: s/Tyler Hickle
Plaintiff's Attorney

Tyler Hickle, SBN 24069916

4

Law Office of Tyler Hickle, PLLC
4005C Banister Lane, Ste. 120
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com